THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KINGS COUNTY

LIGHTING COMPANY, Appellant. (Action No. 6.)— Order affirmed, with ten dollars costs and disbursements, without prejudice to a motion to stay this action pending the trial of the action in New York county. No opinion. Thomas, Putnam, Blackmar and Kelly, JJ., concurred; Jenks, P. J., not voting.